# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2023-1889
_____

MARIO DANIELS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.


February 21, 2024

PER CURIAM.

   DISMISSED. *See Robinson v. State*, 255 So. 3d 907 (Fla. 1st DCA 2018) ("The order of the circuit court deciding that Appellant is not entitled to postconviction discovery is not among the class of orders independently appealable by a defendant pursuant to Florida Rule of Appellate Procedure 9.140(b)(1).").

LEWIS, RAY, and KELSEY, JJ., concur.

―――――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――――

Mario Daniels, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.